No. 95–1934.  THEODOSOPOULOS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 95–5022.  POLANCO, AKA BROWN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–6721.  BASHIR *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–6977.  MCCANN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 95–7079.  THOMAS, AKA SHISINDAY *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 95–7568.  BARBOUR *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 95–7651.  GREEN *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 95–7867.  DEMETRESS W. *v.* SAN BERNARDINO COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 95–7981.  SIMMS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 95–8160.  MCINTYRE *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 95–8263.  KELTNER *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–8335.  WAPNICK *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 95–8391.  AHMAD *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 95–8438.  SANABRIA-CASARES *v.* CRABTREE, WARDEN. C. A. 9th Cir.  Certiorari denied.

No. 95–8441.  CONNER *v.* UNITED STATES; and
No. 95–8674.  TITUS *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.